JOHN O'CONNOR, Respondent, v. HUDSON RIVER DAY LINE, Appellant.— Action to recover damages for breach of a contract to pay plaintiff a commission for his services in bringing about the requisitioning of a steamer by a department of the United States Government. Judgment in favor of the plaintiff, entered on a verdict of a jury, reversed on the law and the facts, with costs, and the complaint dismissed on the law, with costs. The proof presented an issue of fact as to whether or not the plaintiff had been engaged to procure the requisitioning of the steamer involved as well as to procure a buyer therefor. Implicit in the verdict of the jury is a finding that the plaintiff was the procuring cause of the requisitioning of the steamer. There is no proof that he was such procuring cause and, if there be a scintilla of proof thereof, the finding that he was the procuring cause is against the weight of evidence. As the contract is one affecting the United States in the exercise of its constitutional functions, the rights and obligations of the parties thereto present Federal questions. Accordingly the Federal rule and not the State rule in respect of public policy is controlling. Under that doctrine the contract herein is void and unenforcible. (*U. S.* v. *Allegheny County*, 322 U. S. 174, 183; *Hazelton* v. *Sheckells*, 202 U. S. 71, 79; *American Seating Co.* v. *Zell*, 322 U. S. 709; *Muschany* v. *United States*, 324 U. S. 49, 64.) Carswell, Lewis and Aldrich, JJ., concur; Hagarty, Acting P. J., and Adel, J., concur in result.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. H. C. BOHACK Co., INC., Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of violating section 130 of the Labor Law, affirmed. No opinion. Close, P. J., Hagarty and Carswell, JJ., concur; Johnston, J., dissents and votes to reverse and to dismiss the complaint on the ground that defendant's guilt was not established beyond a reasonable doubt; Adel, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES OBRIETES, Appellant.— Defendant appeals from an order of the County Court, Kings County, denying in part his motion to revoke an additional sentence of ten years imposed upon him pursuant to section 1944 of the Penal Law, in addition to a twenty-year to life sentence upon conviction of murder in the second degree, and from the judgment of said court correcting the original sentence pursuant to said order. Order and judgment, insofar as appealed from, unanimously affirmed. The corrected sentence imposed is for a minimum of twenty-five years and a maximum of life, five years of such minimum being imposed pursuant to section 1944 of the Penal Law. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER SIMS, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of rape in the first degree, and order denying defendant's motion to set aside the verdict and for a new trial, affirmed. No opinion. Close, P. J., Hagarty and Adel, JJ., concur; Carswell and Johnston, JJ., dissent and vote to reverse the judgment and order and to grant a new trial on the ground that the verdict is against the weight of the credible evidence.